IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HALL<br><br>　Plaintiff,<br>v.<br><br>ASPIRE HOSPITALITY, LLC,<br>KHUSHAL HOSPITALITY, LLC, and<br>JHM ATLANTA AIRPORT HOTEL,<br>LLC,<br><br>　Defendants. | )<br>)   Civil Action<br>)   No. 1:16-cv-1896-LMM<br>)<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and conducting a telephone hearing on this matter of January 9, 2017, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.　The Motion for Leave to File Matters Under Seal [18] is **DENIED**. The Clerk is requested to docket the unredacted version of the Settlement Agreement.

2.　The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the dispute with the exception of Paragraph 4, which contains a confidentiality provision. Because this confidentiality provision impermissibly frustrates the implementation of the FLSA, the Court hereby

**STRIKES** Paragraph 4. The remainder of the settlement is approved. The Motion to Approve Consent Judgment [19] is **GRANTED** with the exception of Paragraph 4, which is stricken.

3.   This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

4.   The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Atlanta, Georgia, this 10th day of January, 2017.

_____
The Honorable Leigh Martin May
U.S. District Judge
Northern District of Georgia
Atlanta Division